UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION



| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO: 4:14-CR-261-1 |
| ) | |
| MAGREGOR WARNER ) | |
| ) | |
| Defendant, ) | |
| ) | |
| THE MAGNATE GROUP, INC., ) | |
| ) | |
| Garnishee. ) | |
| ) | |

## FINAL ORDER OF GARNISHMENT

This matter is before the Court for entry of a Final Order of Garnishment, pursuant to 18 U.S.C. § 3613 and 28 U.S.C. § 3205(c)(7) of the Federal Debt Collection Procedures Act, against the substantial nonexempt property belonging to or due to the Defendant.

Plaintiff, the United States of America, filed an Application for Writ of Garnishment seeking substantial nonexempt property belonging to or due to the Defendant and held by the Garnishee. A Writ of Garnishment and the accompanying documents was served on the Garnishee. The Garnishee filed its Answer, indicating the disposable earnings in its possession, custody, or control due to the Defendant.

The Defendant was served with the Writ of Garnishment and appropriate instructions, but did not file a written objection, request a hearing, or file any other

response to that Writ or to the Garnishee's Answer, and the twenty-day statutory period to do so has elapsed. *See* 28 U.S.C. §§ 3205(c)(5), and 3202(b),(d).

Having considered the entirety of the record, and noting that the Defendant did not request a hearing or file a written objection, the Court grants the United States' Motion for Entry of Final Order of Garnishment and orders as follows:

IT IS ORDERED that The Magnate Group, Inc., as Garnishee, withhold and pay 25% of Defendant Magregor Warner's disposable earnings for each work week to the United States as partial payment of Defendant's outstanding criminal judgment, commencing thirty days from the date of this Order and continuing until the judgment is paid in full, or until the Garnishee no longer has custody, possession, or control of any property belonging to the debtor, or until further Order of this Court, whichever comes first.

IT IS ORDERED that payment by the Garnishee under this Order shall be made by check bearing case number 4:14-CR-261-1, payable to "Clerk, U.S. District Court," and delivered to the United States District Court Clerk, P.O. Box 8286, Savannah, Georgia, 31412.

IT IS ORDERED that any funds already received by the Clerk of Court shall continue to be applied to the Defendant-Judgment Debtor's current criminal judgment balance.

IT IS ORDERED that the Garnishee shall provide written notification of the date and amount of the payment delivered to the Clerk of Court under this Order to: the Defendant-Judgment Debtor: Magregor Warner; and with copies to the United

States Attorney's Office, Attention Financial Litigation Unit, P.O. Box 8970, Savannah, GA 31412.

**IT IS SO ORDERED** this 30th day of SEPT., 2019.

_____
HONORABLE WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA